# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **FRED CRUM,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 1:20-cv-00550-ACA |
| **RESOLUTE FOREST PRODUCTS,** | } |
| **Defendant.** | } |

## FINAL ORDER

Consistent with the accompanying memorandum opinion, the court **DISMISSES** this action **WITH PREJUDICE**.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this April 23, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE